# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIO RENTERIA,
                  Appellant,

vs.

THE STATE OF NEVADA,
                  Respondent.

No. 71076

FILED

SEP 1 2 2016


GRACIE K. LINDEMAN
CLERK OF SUPREME COURT
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
      Cherry

_____ , J.
Douglas

_____ , J.
      Gibbons

cc:    Hon. Carolyn Ellsworth, District Judge
       Julio Renteria
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-28172